PoPUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LUTHER ARTHUR HORN, III,

    Plaintiff,

v.                         Case No. 3:24cv296-LC-HTC

JUDGE KELVIN WELLS, et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 1, 2024, (ECF No. 4), recommending this case be dismissed (1) pursuant to 28 U.S.C. § 1915(g) because Plaintiff is a 3-striker who is barred from proceeding in forma pauperis and who did not pay the filing fee when he filed this action; (2) pursuant to 28 U.S.C. § 1915A(b)(1) as malicious for failure to truthfully disclose his litigation history; and (3) pursuant to 28 U.S.C. § 1915A(b)(2) because it seeks monetary relief from defendants who are immune from such relief.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE (1) pursuant to 28 U.S.C. § 1915(g) because Plaintiff is a 3-striker who is barred from proceeding in forma pauperis and who did not pay the filing fee when he filed this action; (2) pursuant to 28 U.S.C. § 1915A(b)(1) as malicious for failure to truthfully disclose his litigation history; and (3) pursuant to 28 U.S.C. § 1915A(b)(2) because it seeks monetary relief from defendants who are immune from such relief..

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of August, 2024.

        *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**